# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZA LUCERO MORENO,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:19-cv-01580-DAD-SAB<br><br>ORCER VACATING FINDINGS AND RECOMMENDATIONS; DISREGARDING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*; AND DIRECTING CLERK OF THE COURT TO ISSUE SUMMONS AND NEW CASE DOCUMENTS<br><br>(ECF Nos. 2,3) |

On November 5, 2019, Liza Lucero Moreno ("Plaintiff") filed this action seeking judicial review of the final decision of Defendant Commissioner of Social Security ("Defendant") denying her application for benefits under the Social Security Act. (ECF No. 1.) Plaintiff also filed an application to proceed *in forma pauperis* without prepayment of the filing fee on the same day. (ECF No. 2.)

Upon review Plaintiff's application to proceed *in forma pauperis* the Court found that Plaintiff had not demonstrated that she was entitled to proceed in this action without prepayment of fees. Accordingly, a findings and recommendations was filed on November 7, 2019 recommending that the application to proceed *in forma pauperis* be denied. (ECF No. 3.) Plaintiff was served with notice of the findings and recommendations and informed that she had fourteen days in which to file objections. (ECF No. 3.) On November 13, 2019, Plaintiff paid the filing fee in this action making the application to proceed *in forma pauperis* moot.

1

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on November 7, 2019 are VACATED;
2. Plaintiff's application to proceed *in forma pauperis* is DISREGARDED as moot; and
3. The Clerk of the Court is DIRECTED to issue the summons and new case documents.

IT IS SO ORDERED.

Dated: **November 14, 2019**

UNITED STATES MAGISTRATE JUDGE