UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LIZA LUCERO MORENO,<br><br>     Plaintiff,<br><br>     vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>     Defendant. | Case No.: 1:19-cv-01580-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME OF 35 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S BRIEF<br><br>(ECF No. 15) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant shall file an opposition to Plaintiff's opening brief on or before August 26, 2020; and

2. Plaintiff shall file a reply, if any, on or before September 10, 2020.

IT IS SO ORDERED.

Dated:  **July 14, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

1